IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JASON FLANARY,  Defendant. | 8:13CR104  ORDER |
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  TIMOTHY DEFOGGI, and ZACKARY AUSTIN,  Defendants. | 8:13CR105  ORDER |
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RUSSELL GLENN PIERCE, DAVID WILLIAM PEER, JOHN DOE # 3, JOHN DOE # 4, JOHN DOE # 5, JOHN DOE # 6, JOSHUA WELCH, and THOMAS SPENCER,  Defendants. | 8:13CR106  ORDER |
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JOHN DOE # 1, JOHN DOE # 2, JOHN DOE # 3, VINCENT DIBERARDINO, JOHN DOE # 5, | 8:13CR107  ORDER |

|  |  |
|---|---|
| MICHAEL HUYCK,<br>JOHN DOE # 7,<br>JOHN DOE # 8,<br>BRANDON MOORE,<br>JOHN SEBES, and<br>GARY REIBERT,<br><br>                    Defendants. |  |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>KIRK COTTOM,<br>JOHN DOE # 2, and<br>KEVIN M. PITMAN,<br><br>                    Defendants. | 8:13CR108<br><br><br>ORDER |

This matter is before the court on the United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108).  Upon consideration,

**IT IS ORDERED**:

1. The United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108) is granted in all cases.

2. The Clerk of the District Court is directed to replace the publicly available Indictments and Superseding Indictments in the above-referenced cases with the redacted Indictments and Superseding Indictments set forth in the United States of America's Indices of Evidence (Filing No. 34 - Ex. 1 in 8:13CR104; Filing No. 40 - Ex. 2 in 8:13CR105; Filing No. 68 - Exs. 3 and 4 in 8:13CR106; Filing No. 91 - Exs. 5 and 6 in 8:13CR107; Filing No. 49 - Exs. 7 and 8 in 8:13CR108).

Dated this 14th day of June, 2013.

                                        BY THE COURT:

                                         s/ Thomas D. Thalken
                                        United States Magistrate Judge