# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | **8:13CR107** |
| v. | ) ) ) | |
| **JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, VINCENT DIBERARDINO, JOHN DOE #5, MICHAEL HUYCK, ANTHONY LAURITA, JOHN DOE #8, BRANDON MOORE, JOHN SEBES, GARY REIBERT,** | ) ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

IT IS ORDERED:

Unless specifically requested by a party for good cause, the arraignment on the Second Superseding Indictment in this matter shall immediately precede jury selection, any pretrial hearing or the change of plea hearing, whichever is applicable.

DATED this 4th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
**United States Magistrate Judge**