IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:13CR106 |
| vs. | | |
| RUSSELL GLENN PIERCE, DAVID WILLIAM PEER, JOHN DOE # 3, JOHN DOE # 4, JOHN DOE # 5, WARREN TIDWELL, JOSHUA WELCH, and THOMAS SPENCER, | | ORDER |
| Defendants. | | |
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:13CR107 |
| vs. | | |
| JOHN DOE # 1, JOHN DOE # 2, JOHN DOE # 3, VINCENT DIBERARDINO, JOHN DOE # 5, MICHAEL HUYCK, ANTHONY LAURITA, JOHN DOE # 8, BRANDON MOORE, JOHN SEBES, and GARY REIBERT, | | ORDER |
| Defendants. | | |
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:13CR108 |
| vs. | | |
| KIRK COTTOM, DAVID SMITH, and KEVIN M. PITMAN, | | ORDER |

**Defendants.**

**IT IS ORDERED**:

The Unopposed Motion for Rule 17.1 Pretrial Conference filed by defendant Kirk Cottom (Filing No. 102) is granted. A conference pursuant to Fed. R. Crim. P. 17.1 will be held in the above captioned cases in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:30 a.m. on January 24, 2014**. All counsel are required to attend or participate by telephone conference. All participating counsel shall have available their calendars and be prepared to schedule events in this case. Since this will be a scheduling conference, defendants are not required to be present. Any counsel wishing to participate by telephone conference shall arrange, **in advance of the conference**, such participation with Mary Beth McFarland by calling 402-661-7344.

Dated this 17th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge