IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR107 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN DOE #1, | ) | |
| JOHN DOE #2, | ) | |
| JOHN DOE #3, | ) | ORDER |
| VINCENT DIBERARDINO, | ) | |
| JOHN DOE #5, | ) | |
| MICHAEL HUYCK, | ) | |
| ANTHONY LAURITA, | ) | |
| JOHN DOE #8, | ) | |
| BRANDON MOORE, | ) | |
| JOHN SEBES, and | ) | |
| GARY REIBERT, | ) | |
| | ) | |
| Defendants. | ) | |

　　This matter is before the court on motion for an extension of time for motion hearing by defendant Gary Reibert (Reibert) (Filing No. 287). Reibert has filed a motion to suppress evidence seized from his residence at 1309 Kenton Way, Troy, Ohio, on or about April 8, 2013, and to suppress a statement provided to law enforce on April 8, 2013 (Filing No. 117). Reibert asserts his expert witness cannot be available to testify except on November 17-18, 2014. The motion is granted.

　　Reibert's motion to suppress (Filing No. 117) is scheduled for an evidentiary hearing before the undersigned magistrate judge at **8:30 a.m. on November 17, 2014**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

　　Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101. Additionally, counsel are reminded of the requirements of NECrimR 12.6 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.

      (a)    **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all potential witnesses.

      (b)    **Exhibits.** At least 24 hours before the hearing, each party should (1) mark the exhibits that party intends to introduce into evidence at the hearing and (2) send copies to all other attorneys and the presiding judge.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 18th day of September, 2014.

                              BY THE COURT:

                              s/ Thomas D. Thalken
                              United States Magistrate Judge